UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALEXANDER GRAHAM,

Petitioner,

v.                          4:13-cv-105

BRIAN OWENS,

Respondent.

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation to which an untimely objection was filed.[1] *See* ECF Nos. 14; 16. Even considering Graham's objection, the Court finds his arguments unpersuasive.

Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation as its opinion.

This 13 day of September 2013.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Failure to object within the time period specified by the Magistrate Judge waives the opportunity to object. *United States v. Granados-Gutierrez*, 356 F. App'x 307, 309 (11th Cir. 2009).